# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Rosendo VALENCIA-VALENCIA (T/N)<br>Aka Rosendo Diaz-Ochoa,<br><br>　Defendant | Case No.: 95-CR-464-GPC<br>**ORDER DISMISSING THE INDICTMENT** |

Upon application of the Government and good cause appearing thereof,

**IT IS HEREBY ORDERED** that with respect to the above-captioned Defendant, the Government's Motion to Dismiss the Indictment in the interests of justice be **GRANTED**. The hearing date scheduled for February 24, 2017 is **VACATED.**

Dated: February 23, 2017

　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　United States District Judge